# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-CV-00320-DDD-STV

ADRIENNE MARTINEZ;
CHELSEA-ANN SHORT, on behalf of themselves
and all other plaintiffs similarly situated, known and unknown

        Plaintiffs,

v.

SEMPER LASER HOLDINGS LLC DENVER, a Delaware limited liability company
MACROS PEIXOTO, individually
KRISTEN CAVERLY PEIXOTO, individually, and
STELLA QUEEN, individually,

        Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through undersigned counsel, hereby submit this Stipluation of Dismissal With Prejudice.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this case, with prejudice, with all parties bearing fees and costs as set forth in the parties' settlement agreement.

Dated: July 12, 2024.

                                            */s/ Samuel D. Engelson*
                                            Samuel D. Engelson
                                            LEVENTHAL | LEWIS
                                            KUHN TAYLOR SWAN PC
                                            3773 Cherry Creek N. Drive, Suite 710
                                            Denver, CO 80209

Telephone: (720) 699-3000
Facsimile: (866) 515-8628
Email: sengelson@ll.law

John William Billhorn
Billhorn Law Firm
3773 Cherry Creek N. Drive, Suite 710
Denver, CO 80209

*Attorneys for Plaintiff*

*/s/ John J. Michels, Jr.*
John J. Michels, Jr.
O'Hagan Meyer
1331 17th St., Ste 350
Denver, CO 80202

*Attorney for Defendants*